**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ROBERT FENNELL,            :   No. 44 EM 2017
                                        :
              Petitioner          :
                                        :
                                        :
                                        :
          v.                          :
                                        :
                                        :
                                        :
DEPARTMENT OF CORRECTIONS,   :
                                        :
              Respondent        :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and Extraordinary Relief is **DENIED**.